Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
DRAKE & DRAKE, P.C.
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.438.1332
Facsimile: 818.475.1880
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. L., | ) |
| | ) CASE NO.: 2:21-cv-02419-SHK |
| Plaintiff, | ) |
| | ) |
| v. | ) [PROPOSED] ORDER |
| | ) AWARDING EAJA FEES AND COSTS |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($3,800.00) and no costs subject to the terms of the stipulation.

DATED: 04/05/2022

HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE